** NOT PRINTED FOR PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DERRICK ARDOIN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 1-13-CV-260 |
| v. | § | |
| | § | JUDGE RON CLARK |
| TRIPLE R BROTHERS, LTD, et al., | § | |
| | § | |
| *Defendants*. | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Before the court is the parties' Joint Motion to Dismiss with Prejudice. [Doc. # 13]. The parties seek a dismissal with prejudice. The court is of the opinion that it should grant this. IT IS THEREFORE ORDERED that the Joint Motion to Dismiss with Prejudice [Doc. # 13] is GRANTED, this case is DISMISSED WITH PREJUDICE, and costs will be borne by the party incurring the same.

So **ORDERED** and **SIGNED** on January 10, 2014.

*/s/ Ron Clark*
_____
Ron Clark, United States District Judge

1